**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Autumn Abramczyk, Trudy Agres, Roxanne Allen, Edith Antonio, Paul Avery, Patricia Baggett, Tess Bussick, Michelle Carter, Amanda Christenson, Bethany Conley, Olga Diatlova, Patricia Donadio, Dawn Duncan, DeBorah Evans, Lauren Fossen, Anna Danae Griffith, Ashley Harbon, Marissa Hatfield, J'andre Ivory, Angela Johnson, Kim Kaehler, Delmar Kentner, Sally Kirkpatrick, Hailey Kleinheksel, Robin Lanier, Deana Leffers, Matthew Loforese, Anna Lovell, Joshua Lowe, Zoe Madonna, Tawfik Mammad, Brittany Meadows, Jan Merrill, James Morgan, Martin O'Malley, Tracy Anne Phillips, Kaela Poitra, David Powers, Amanda Rape, Polly Rush, Rachael Schiller, Richard Schwalbe, Rene Sims, Carol Slack, Preslee Thorne, Lori Tynch, Kali Warren, Mark Wetzel, and Alfred Williams, Sr., individually and on behalf of all themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., and Change Healthcare Inc.,<br><br>Defendants. | REMOVED FROM HENNEPIN CNTY, DISTRICT COURT, MINNESOTA FOURTH JUDICIAL DISTRICT COURT FILE NO. 27-CV-26-2844<br><br>Case No. 0:26-cv-02757 |

**<u>NOTICE OF REMOVAL</u>**

Defendants UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., and Change Healthcare Inc. (collectively "Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from the Fourth Judicial District Court of Hennepin County, to the United States District Court for the District of Minnesota. As its reasons for removal, Defendants state:

## BACKGROUND

1. By Summons and Complaint, Plaintiffs Autumn Abramczyk, Trudy Agres, Roxanne Allen, Edith Antonio, Paul Avery, Patricia Baggett, Tess Bussick, Michelle Carter, Amanda Christenson, Bethany Conley, Olga Diatlova, Patricia Donadio, Dawn Duncan, DeBorah Evans, Lauren Fossen, Anna Danae Griffith, Ashley Harbon, Marissa Hatfield, J'Andre Ivory, Angela Johnson, Kim Kaehler, Delmar Kentner, Sally Kirkpatrick, Hailey Kleinheksel, Robin Lanier, Deana Leffers, Matthew Loforese, Anna Lovell, Joshua Lowe, Zoe Madonna, Tawfik Mammad, Brittany Meadows, Jan Merrill, James Morgan, Martin O'Malley, Tracy Anne Phillips, Kaela Poitra, David Powers, Amanda Rape, Polly Rush, Rachael Schiller, Richard Schwalbe, Rene Sims, Carol Slack, Preslee Thorne, Lori Tynch, Kali Warren, Mark Wetzel, and Alfred Williams, Sr., individually and on behalf of all themselves and all others similarly situated, (collectively "Plaintiffs") commenced a civil action against Defendants in the Fourth Judicial District Court of Hennepin County, titled *Autumn Abramczyk,, et al. v. UnitedHealth Group Incorporated, et al.*, Court File No. 27-CV-26-2844, filed on February 20, 2026 (the "State Court Action"). A true and accurate copy of the Summons and Complaint is attached as **Exhibit A** and constitutes all processes, pleadings, and orders in this action to the present date. 28 U.S.C. § 1446(a).[1] Upon information and belief, and as of the date of this filing of the Notice of Removal, Plaintiffs have

[1] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Pursuant to Pretrial Order No. 1 in the MDL, this case will be consolidated as part of the MDL for pre-trial proceedings. *See In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation,* Pretrial Order No. 1, ECF No. 54, at 2 ("Any 'tag-along' actions later filed in, removed to or transferred to this Court . . . will automatically be consolidated with this action without the necessity of future motions or orders.").

not filed any other document relating to this case with the Hennepin County District Court. *See* MINN. R. CIV. P. 3.01(a), 5.04(a).

2. Attached as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

**28 U.S.C. § 1332(d)**

3. This Court has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of the putative nationwide class is a citizen of a state different from Defendants (e.g., Ohio), Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

4. Plaintiff Autumn Abramczyk alleges she is a citizen of Ohio. (Compl. ¶ 82).

5. Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

6. Defendant Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Optum, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

7. Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

8. Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

9. As stated above, Plaintiff Autumn Abramczyk alleges she is a citizen of Ohio, while Defendants are citizens of Delaware and Minnesota. Thus, at least minimum diversity exists.

10. The Complaint alleges that "[w]hile the exact number of Class members is unknown to Plaintiffs, Defendants have confirmed that the Class consists of over one-hundred million United States residents residing in each State, totaling over one-third of the United States." Compl ¶ 356. Thus, the number of members of the proposed class is greater than 100.

11. Furthermore, the amount in controversy is more than $5,00,000. The Complaint alleges that Defendants "held [] millions (if not billions) of dollars that should have been paid out for expenses incurred by Plaintiffs and Class members in their cash reserves," Compl. ¶ 229, and Defendants "reported that the business disruptions caused by the Ransomware Attack had a positive $48 million tax effect, with an estimated benefit of $70 to $90 million in year-end impact." Compl. ¶ 231. Furthermore, Plaintiffs seek "an award of actual damages, compensatory damages, statutory damages, and statutory penalties" and "five years of credit monitoring services for Plaintiffs and the Class." Compl. ¶ 769. Since Plaintiff seeks to represent a nationwide class, the amount in controversy exceeds $5,000,000.

12. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

## RESERVATIONS OF RIGHTS AND DEFENSES

13. Defendants reserve any and all defenses, including, but not limited to, those under Federal Rule of Civil Procedure 12, and does not waive said defenses by the filing of the Notice of Removal.

14. Defendants do not admit any of the allegations in Plaintiffs' Complaint, and do not concede that Plaintiffs are entitled to any relief.

15. Defendants reserve the right to amend or supplement the Notice of Removal as necessary.

## REMOVAL TO THIS DISTRICT IS PROPER

16. This Notice of Removal is being filed in the District of Minnesota, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. § 103 and 28 U.S.C. §§ 1441(a) and 1446(a).

17. WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for Minnesota.

Dated: May 26, 2026

Respectfully submitted,

HOGAN LOVELLS US LLP

*/s/ Alicia J. Paller*

Alicia J. Paller (MN No. 0397780)
Peter H. Walsh (MN No. 0388672)
Anthony Ufkin (MN No. 0402556)
80 South Eighth Street, Suite 12255
Minneapolis, MN 55402
Tel: (612) 402-3000
Fax: (612) 339-5167
alicia.paller@hoganlovells.com
peter.walsh@hoganlovells.com
tony.ufkin@hoganlovells.com

*Attorneys for Defendants UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., and Change Healthcare Inc.*